```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,       :    CRIMINAL ACTION
                                :    NO. 09-00496-01, -03, -04,
                                :    -05, -08, -10, -11, -14, -15
     v.                         :
                                :
JOSEPH LIGAMBI,                 :
ANTHONY STAINO, JR.,            :
JOSEPH MASSIMINO,               :
GEORGE BORGESI,                 :
DAMION CANALICHIO,              :
LOUIS BARRETTA,                 :
GARY BATTAGLINI,                :
JOSEPH LICATA, and              :
LOUIS FAZZINI,                  :
                                :
        Defendants.             :
```

# O R D E R

**AND NOW**, this **22nd** day of **August, 2012**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Massimino's Motion to Suppress (ECF No. 576) is **DENIED**.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**