IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 09-00496-01, -03, -04, |
| v. | : | -05, -08, -11, -14 |
| | : | |
| JOSEPH LIGAMBI, | : | |
| ANTHONY STAINO, JR., | : | |
| JOSEPH MASSIMINO, | : | |
| GEORGE BORGESI, | : | |
| DAMION CANALICHIO, | : | |
| GARY BATTAGLINI, and | : | |
| JOSEPH LICATA | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **2nd** day of **November, 2012,** for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Borgesi's Motion in Limine to Restrict the Testimony of the Government's Expert, dated November 1, 2012, is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ EDUARDO C. ROBRENO
EDUARDO C. ROBRENO,    J.